UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> SADIE AND SAGE, INC., et al., <br><br> Defendant(s). | Case No. CV 18-10122-RGK (JCx) <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AS TO DEFENDANT LILLYFUL |

On March 8, 2019, the Court issued an Order to Show Cause (OSC) for lack of prosecution as to defendant Lillyful [16], stating that the last day to have timely served the summons and complaint was March 6, 2019. On March 13, 2019 Plaintiff filed a proof of service of the summons and complaint on defendant Lillyful, which indicates that service was made on March 11, 2019. Plaintiffs have provided no cause for the untimely service, therefore, defendant Lillyful is dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 15, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE